UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J&J Sports Productions, Inc.                    DEFAULT JUDGMENT

    v.

                                        Case No. CIV S-10-3012 JAM CKD

Dulce Torres

_____

       **IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

       **Dulce Torres dba El Malecon Bar & Grill**

September 30, 2011

                                                  VICTORIA C. MINOR, CLERK

                                                  By: /s/ *A. Benson*
                                                       A. Benson, Deputy Clerk