Calvin F. Love, SB #307493
LOVE LAW, P.C. (DCLA #11336-99)
800 S. Barranca Ave., Ste 100
Covina, CA. 91723
Phone: (626) 653-0455
Fax: (626) 653-0465
Email: contact@lovelawpc.com
**Attorney for Judgment Creditor, J&J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>DULCES TORRES DBA EL MALECON BAR & GRILL,<br><br>Defendant | Case No.: 2:10-cv-03012-JAM-CKD<br><br>**ORDER APPOINTING ADVANCED ATTORNEY SERVICE TO SERVE WRIT OF EXECUTION (ECF NO. 30)** |

Application having been made by Plaintiff, J&J Sports Productions, Inc. and good cause appearing pursuant to the Federal Rules of Civil Procedure, Rule 4 (C) (3), Advanced Attorney Service, a registered process serving company, is appointed to serve the Writ of Execution issued on this case.

The United States Marshals Office will remain as the Levying Officer.

**IT IS SO ORDERED.**

Dated: October 5, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE